UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RONALD & EVELYN TAYLOR, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>MGM RESORTS INTERNATIONAL, INC., et al.,<br><br>  Defendants. | CASE NO. 2:11-cv-01360-KJD-CWH<br><br>**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOTED ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**<br><br>EFFECTIVE JUNE 1, 2004<br>FILING FEE IS $175.00 |

Victoria L. Ersoff, Petitioner, respectfully represents to the Court:

1.  That Petitioner resides in the city of Beverly Hills, Los Angeles County, California.

2.  That Petitioner is an attorney at law and a member of the law firm of Wood, Smith, Henning & Berman LLP with offices at 10960 Wilshire Boulevard, 18th Floor, Los Angeles, California 90024, Telephone: (310) 481-7600; E-mail: versoff@wshblaw.com.

3.  That Petitioner has been retained personally or as a member of the law firm by MGM Resorts International, et al. to provide legal representation in connection with the above-entitled case now pending before this Court.

4.  That since December 14, 1992, Victoria L. Ersoff, Petitioner, has been and presently is a member in good standing of the bar of the highest Court of the State of California where Petitioner regularly practices law.

5.  That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United

1  States and Courts of other States on the dates indicated for each, and that Petitioner is
2  presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| California State and Federal Courts | 12/14/1992 | 161795 |

7  6. That there are or have been no disciplinary proceedings instituted against
8  Petitioner, nor any suspension of any license, certificate or privilege to appear before any
9  judicial, regulatory or administrative body, or any resignation or termination in order to
10 avoid disciplinary or disbarment proceedings, except as described in detail below: <u>There
11 have been no disciplinary proceedings or any of the other suggested activities against
12 Petitioner.</u>

13  7. Has Petitioner ever been denied admission to the State Bar of Nevada? <u>No</u>.
14  8. That Petitioner is a member of good standing in the following Bar
15 Associations: <u>The State Bar of California</u>.
16  9. Petitioner or any member of Petitioner's firm (or office if firm has offices in
17 more than one city) with which Petitioner is associated has/have filed application(s) to
18 appear as counsel under Local Rule IA 10-2 during the past three (3) years in the
19 following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| February 25, 2011 | Representation of client defendants in an action pending before the court | Las Vegas, Nevada | Granted |

25  10. Petitioner consents to the jurisdiction of the courts and disciplinary boards
26 of the State of Nevada with respect to the law of this state governing the conduct of
27 attorneys to the same extent as a member of the State Bar of Nevada.

LEGAL:05488-0208/2060456.1                -2-
VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOTED
ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

13. That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's Signature

STATE OF CALIFORNIA         )
                            )
COUNTY OF LOS ANGELES       )

Victoria L. Ersoff, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's Signature

STATE OF CALIFORNIA         )
                            ) SS.
COUNTY OF LOS ANGELES       )

Subscribed and sworn to (or affirmed) before me on September 13, 2011, by VICTORIA L. ERSOFF, who proved to me on the basis of satisfactory evidence to be the person who appeared before me.

MICHELLE TURNER
Commission # 1774822
Notary Public - California
Los Angeles County
My Comm. Expires Oct 21, 2011

(Seal)

Michelle Turner
Signature

# DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate Martin J. Kravitz, Attorney at Law, member of the State Bar of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address of said designated Nevada counsel is: <u>Kravitz, Schnitzer, Sloane & Johnson, LLP, 8985 S. Eastern Avenue, Suite 200, Las Vegas, Nevada  89123, Tel: (702) 362-6666</u>.

By this designation the Petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoints Martin J. Kravitz as its Designated Resident Nevada Counsel in this case.

_____
(Party signature)

_____
(Party signature)

_____
(Party signature)

LEGAL:05488-0208/2060456.1              -4-
VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOTED ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL

# CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____     83
Designated Resident Nevada Counsel's Signature     Bar number

Martin J. Kravitz

APPROVED:

Dated: this __18__ day of __October__, 2011.

_____
UNITED STATES DISTRICT JUDGE

LEGAL:05488-0208/2060456.1                    -5-
VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOTED ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL



# THE STATE BAR
# OF CALIFORNIA

**MEMBER SERVICES CENTER**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617        TELEPHONE: 888-800-3400

September 12, 2011

#161795
Victoria L Ersoff
Wood Smith Henning & Berman
10960 Wilshire Blvd 18 Floor
Los Angeles, CA 90024-3702

310-481-7600

TO WHOM IT MAY CONCERN:

In accordance with your request, please find enclosed the form of certificate of standing you require.

RECORDS DEPARTMENT



**THE STATE BAR OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617    TELEPHONE: 888-800-3400

## CERTIFICATE OF STANDING

September 12, 2011

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, VICTORIA LYNN GITT, #161795 was admitted to the practice of law in this state by the Supreme Court of California on December 14, 1992; that at her request, on August 25, 1994, her name was changed to VICTORIA LYNN ERSOFF on the records of the State Bar of California; that she has been since the date of admission, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Dina DiLoreto
Custodian of Membership Records



**THE STATE BAR OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617

TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

September 12, 2011

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, VICTORIA LYNN GITT, #161795 was admitted to the practice of law in this state by the Supreme Court of California on December 14, 1992; that at her request, on August 25, 1994, her name was changed to VICTORIA LYNN ERSOFF on the records of the State Bar of California; that she has been since the date of admission, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Dina DiLoreto
Custodian of Membership Records