MARTIN J. KRAVITZ, ESQ.
Nevada Bar No. 83
TYLER J. WATSON, ESQ.
Nevada Bar No. 11735
KRISTOPHER T. ZEPPENFELD, ESQ.
Nevada Bar No. 12144
KRAVITZ, SCHNITZER, SLOANE & JOHNSON, CHTD.
8985 S. Eastern Ave., Suite 200
Las Vegas, Nevada 89123
Tel: (702) 362-6666
Fax: (702) 362-2203
*Attorneys for Defendants*

VICTORIA L. ERSOFF, ESQ.
California Bar No. 161795
KEITH E. SMITH, ESQ.
California Bar No. 244505
WOOD, SMITH, HENNING & BERMAN, LLP
10960 Wilshire Blvd., 18th Floor
Los Angeles, California 90024
Tel: (310) 481-7600
Fax: (310) 481-7650
*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| RONALD TAYLOR, et al.,<br><br>          Plaintiff,<br>vs.<br><br>MGM RESORTS INTERNATIONAL, et al.,<br><br>          Defendants. | Case No. 2:11-cv-01360-KJD-CWH |

### STIPULATION AND ORDER DISMISSING DEFENDANTS MGM RESORTS INTERNATIONAL DESIGN AND PELLI CLARKE PELLI, AND ALLOWING PLAINTIFFS TO REMOVE CERTAIN LANGUAGE FROM THEIR COMPLAINT

IT IS HEREBY STIPULATED and AGREED by and between Plaintiffs RONALD TAYLOR; EVELYN TAYLOR; EDMUND PROPERSI; GERALDINE PROPERSI; SHANE SCHULDT; KYRSTYN SCHULDT; MAUREEN WOOLEY; and JOVITA STEWART, through their counsel of record of NETTLES LAW FIRM and JULES ZACHER, P.C., and Defendants MGM RESORTS INTERNATIONAL; MGM RESORTS INTERNATIONAL DESIGN; ARIA RESORT & CASINO, LLC; CITYCENTER HOLDINGS, LLC; PELLI CLARKE PELLI ARCHITECTS,

INC; TUTOR PERINI CORPORATION; and TISHMAN CONSTRUCTION CORPORATION OF NEVADA, through their counsel of record of the law firm KRAVITZ, SCHNITZER, SLOANE & JOHNSON, CHTD., and WOOD, SMITH, HENNING & BERMAN, LLP, as follows:

1. That Defendant MGM RESORTS INTERNATIONAL DESIGN be dismissed without prejudice.

2. That Defendant PELLI CLARKE PELLI ARCHITECTS, INC. be dismissed without prejudice.

3. That the allegations Defendant TUTOR PERINI was in any way responsible for the "design" of the Aria Resort & Casino be omitted from paragraphs 16, 75, 76, and 77 of Plaintiffs' Amended Complaint.

4. That the allegations Defendant TISHMAN CONSTRUCTION CORPORATION was in any way responsible for the "design" of the Aria Resort & Casino be omitted from paragraphs 17, 85, 86, and 87 of Plaintiffs' Amended Complaint.

5. That due to the above stipulations between the parties, DEFENDANTS' MOTION TO DISMISS MGM RESORTS INTERNATIONAL DESIGN is resolved and may be vacated from the Court's calendar.

6. That due to the above stipulations between the parties, DEFENDANTS' MOTION TO DISMISS TUTOR PERINI, PELLI CLARKE PELLI, AND TISHMAN CONSTRUCTION is resolved and may be vacated from the Court's calendar.

IT IS SO STIPULATED.

| DATED this 29th day of March, 2012. | DATED this 28th day of March, 2012. |
|---|---|
| KRAVITZ, SCHNITZER, SLOANE & JOHNSON, CHTD. | JULES ZACHER, P.C. |
| *[signature]* | /s/ Jules Zacher |
| MARTIN J. KRAVITZ, ESQ.<br>Nevada Bar No. 83<br>TYLER J. WATSON, ESQ.<br>Nevada Bar No. 11735<br>KRISTOPHER T. ZEPPENFELD, ESQ.<br>Nevada Bar No. 12144<br>8985 S. Eastern Avenue, Suite 200<br>Las Vegas, Nevada 89123<br>twatson@kssattorneys.com<br>*Attorneys for Defendants* | JULES ZACHER, ESQ.<br>1601 Walnut Street, Suite 707<br>Philadelphia, Pennsylvania 19102<br>(215) 988-0160<br>(215) 988-0169, Facsimile<br>zacherlaw@gmail.com<br>*Pro Hac Vice Attorney for Plaintiffs* |

Pursuant to the above stipulation by the parties, and good cause appearing, the Court rules as follows:

**IT IS HEREBY ORDERED** that Defendants MGM RESORTS INTERNATIONAL DESIGN and PELLI CLARKE PELLI ARCHITECTS, INC. be DISMISSED WITHOUT PREJUDICE.

**IT IS FURTHER ORDERED** that allegations Defendant TUTOR PERINI was in any way responsible for the "design" of the Aria Resort & Casino be STRICKEN from paragraphs 16, 75, 76, and 77 of Plaintiffs' Amended Complaint.

**IT IS FURTHER ORDERED** that allegations Defendant TISHMAN CONSTRUCTION CORPORATION was in any way responsible for the "design" of the Aria Resort & Casino be STRICKEN from paragraphs 17, 85, 86, and 87 of Plaintiffs' Amended Complaint.

**IT IS ADDITIONALLY ORDERED** that DEFENDANTS' MOTION TO DISMISS MGM RESORTS INTERNATIONAL DESIGN is hereby VACATED as MOOT.

**IT IS ADDITIONALLY ORDERED** that DEFENDANTS' MOTION TO DISMISS TUTOR PERINI, PELLI CLARKE PELLI, AND TISHMAN CONSTRUCTION is hereby VACATED as MOOT.

DATED this 9th day of April, 2012.

_____
The Honorable Kent J. Dawson, Judge
United States District Court, District of Nevada

Submitted By:

KRAVITZ, SCHNITZER, SLOANE & JOHNSON, CHTD.

_____
MARTIN J. KRAVITZ, ESQ.
Nevada Bar No. 83
TYLER J. WATSON, ESQ.
Nevada Bar No. 11735
KRISTOPHER T. ZEPPENFELD, ESQ.
Nevada Bar No. 12144
8985 S. Eastern Ave., Ste. 200
Las Vegas, NV 89123
*Attorneys for Defendants*