# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RONALD TAYLOR, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MGM RESORTS INTERNATIONAL, *et al.*, <br><br> Defendants. | Case No. 2:11-CV-01360-KJD-CWH <br><br> **ORDER** |

Presently before the Court is Defendants' Motion for a More Definite Statement (#6). In accordance with the Court's Order (#52) which granted Plaintiffs' motion to amend, the motion for a more definite statement is denied as moot.

**IT IS SO ORDERED.**

DATED this 1ST day of August 2012.

_____
Kent J. Dawson
United States District Judge