# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

RONALD TAYLOR, *et al.*,  )
                         )
        Plaintiffs, )   Case No.  2:11-cv-01360-KJD-CWH
                         )
vs.                      )   **ORDER**
                         )
MGM RESORTS INTERNATIONAL, *et al.*, )
                         )
        Defendants. )

      This matter is before the Court on Plaintiff's counsel's Motion to Withdraw (#75), filed March 19, 2013.  Counsel requests leave to withdraw from representing Plaintiff Virginia Osborn in this matter.  Pursuant to Local Rule IA 10-6, "[n]o attorney may withdraw after appearing in a case except by leave of Court after notice has been served on the affected client and opposing counsel."  *See* LR IA 10-6(b).  The undersigned has reviewed the motion and finds that the requirements for withdrawal have been satisfied.  Accordingly,

      **IT IS HEREBY ORDERED** that Plaintiff's counsel's Motion to Withdraw (#75) is **granted**.

      **IT IS FURTHER ORDERED** that Plaintiff's counsel shall serve a copy of this order on Plaintiff Virginia Osborn and file proof of service with the Court by **Friday, April 5, 2013**.

      **IT IS FURTHER ORDERED** that the Clerk of Court shall mail a copy of this order to Plaintiff Virginia Osborn at her last known address.

      DATED: March 20, 2013.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**