# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

RONALD TAYLOR, *et al.*,   )
          Plaintiffs,   )   Case No.  2:11-cv-01360-APG-CWH
vs.   )   **ORDER**
MGM RESORTS INTERNATIONAL, *et al.*,   )
          Defendants.   )

      This matter is before the Court on Plaintiff's counsel's Motion to Withdraw (#86), filed March 19, 2013.  Counsel requests leave to withdraw from representing Plaintiff Michael Snider individually and as executor of the estate of Paul Snider.  Pursuant to Local Rule IA 10-6, "[n]o attorney may withdraw after appearing in a case except by leave of Court after notice has been served on the affected client and opposing counsel."  *See* LR IA 10-6(b).  The undersigned has reviewed the motion and finds that the requirements for withdrawal have been satisfied.  Accordingly,

      **IT IS HEREBY ORDERED** that Plaintiff's counsel's Motion to Withdraw (#86) is **granted**.

      **IT IS FURTHER ORDERED** that Plaintiff's counsel shall serve a copy of this order on Plaintiff Michael Snider and file proof of service with the Court by **Friday, May 3, 2013**.

      DATED: April 18, 2013.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**