# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RONALD TAYLOR, *et al*, | Case No. 2:11-cv-01360-APG-CWH |
| Plaintiffs, | **O R D E R** |
| v. | |
| MGM RESORTS INTERNATIONAL, *et al.*, | |
| Defendants. | |

Before the Court is a Motion to Amend/Correct the Complaint [Dkt. #89], and a Motion for Hearing on that Motion [Dkt. #98]. The Court hereby grants the motion for hearing. Oral argument on the Motion to Amend will be heard on Tuesday, June 11, 2013 at 9:30 a.m.

In addition, at that same date and time the Court will hold a status check on this case. All counsel and parties appearing *pro se* shall be present in court prepared to discuss the status of the case going forward.

Dated:  June 3, 2013

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE