MARTIN J. KRAVITZ, ESQ.
Nevada Bar No. 83
TYLER J. WATSON, ESQ.
Nevada Bar No. 11735
KRISTOPHER T. ZEPPENFELD, ESQ.
Nevada Bar No. 12144
KRAVITZ, SCHNITZER,
SLOANE & JOHNSON, CHTD.
8985 S. Eastern Ave., Suite 200
Las Vegas, Nevada  89123
Tel: (702) 362-6666
Fax: (702) 362-2203
*Attorneys for Defendant*

VICTORIA L. ERSOFF, ESQ.
California Bar No. 161795
KEITH E. SMITH, ESQ.
California Bar No. 244505
WOOD, SMITH, HENNING & BERMAN, LLP
10960 Wilshire Blvd., 18th Floor
Los Angeles, California  90024
Tel:  (310) 481-7600
Fax:  (310) 481-7650
*Attorneys for Defendant*

KRAVITZ, SCHNITZER,
SLOANE & JOHNSON, CHTD.
Attorneys
8985 S. Eastern Ave., Suite 200
Las Vegas, Nevada 89123

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| RONALD TAYLOR; EVELYN TAYLOR; EDMUND PROPERSI; GERALDINE PROPERSI; SHANE SCHULDT; KYRSTYN SCHULDT; MAUREEN WOOLEY; NICHOLAS GARCIA; TERESA HAGIYA; AUBREY HILL; VIRGINIA OSBORN; JOVITA STEWART; MICHAEL SNIDER as Executor of the Estate of PAUL SNIDER, Deceased; MICHAEL SNIDER, in his own right; and TRAVIS SNIDER,<br><br>                    Plaintiff,<br><br>vs.<br><br>ARIA RESORT & CASINO, LLC,<br><br>                    Defendant. | Case No.  2:11-cv-01360-APG-CWH<br><br><br><br>**ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PURSUANT TO THE COURT'S ORDER OF JULY 11, 2013 (DKT. NO. 117)** |

///

///

KRAVITZ, SCHNITZER,
SLOANE & JOHNSON, CHTD.
Attorneys
8985 S. Eastern Ave., Suite 200
Las Vegas, Nevada 89123

## ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PURSUANT TO THE COURT'S ORDER OF JULY 11, 2013 (DKT. NO. 117)

Presently before this Honorable Court is Defendant ARIA RESORT & CASINO, LLC's ("Defendant" or "Aria") Motion to Dismiss Pursuant to the Court's Order of July 11, 2013 (Dkt. No. 117) (Dkt. No. 128).  After reviewing the papers and pleadings submitted and contained in the file, the Court FINDS and RULES as follows:

(1)   Oppositions to Aria's Motion to Dismiss Pursuant to the Court's Order of July 11, 2013 (Dkt. No. 117) ("Motion to Dismiss") (Dkt. No. 128) were due from Plaintiffs in this matter on or before September 24, 2013.

(2)   Plaintiffs Virginia Osborne, Michael Snider, in his own right and as executor of the Estate of Paul Snider, and Travis Snider (collectively referred to as "Non-Responding Plaintiffs") failed to oppose Aria's Motion to Dismiss Pursuant to the Court's Order of July 11, 2013 (Dkt. No. 117) ("Motion to Dismiss") (Dkt. No. 128).

(3)   Plaintiffs Michael Snider, in his own right and as executor of the Estate of Paul Snider, and Travis Snider (collectively referred to as the "Snider Plaintiffs") have not been represented by counsel since April 18, 2013, when Plaintiffs' Counsels' Motion to Withdraw was granted (Dkt. No. 87).

(4)   Non-Responding Plaintiffs failed to appear either in person or telephonically for the June 11, 2013, Status Check pursuant to this Court's June 3, 2013, Minute Order.

(5)   Non-Responding Plaintiffs failed to submit briefing pursuant to this Court's June 14, 2013, Minute Order regarding Plaintiffs' proposed Amended Complaint, wherein Non-Responding Plaintiffs would be removed from the present action.

(6)   Non-Responding Plaintiffs failed to file an amended complaint on or before August 12, 2013, pursuant to this Court's July 11, 2013, Order.

///

///

(7)     Plaintiff Virginia Osborn (hereinafter individually referred to as "Plaintiff Osborn") failed to participate in discovery in this matter. Specifically, Plaintiff Osborn failed to respond to written discovery requests and failed to appear for her deposition, which was properly noticed.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Non-Responding Plaintiffs be **DISMISSED** from the present action pursuant to F.R.C.P. 41(b) and Nevada LR 7-2.

DATED this 9th day of January, 2014.

_____
UNITED STATES DISTRICT JUDGE

Submitted By:

_/s/_  Tyler J. Watson, Esq.
_____
MARTIN J. KRAVITZ, ESQ.
Nevada Bar No. 83
TYLER J. WATSON, ESQ.
Nevada Bar No. 11735
KRISTOPHER T. ZEPPENFELD, ESQ.
Nevada Bar No. 12144
KRAVITZ, SCHNITZER,
SLOANE & JOHNSON, CHTD.
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada  89123
(702) 362-6666
(702) 362-2203, Facsimile
mkravitz@kssattorneys.com
twatson@kssattorneys.com
kzeppenfeld@kssattorneys.com
*Attorneys for Defendant*
*ARIA RESORT & CASINO, LLC*

KRAVITZ, SCHNITZER,
SLOANE & JOHNSON, CHTD.
Attorneys
8985 S. Eastern Ave., Suite 200
Las Vegas, Nevada 89123