UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RONALD TAYLOR, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> ARIA RESORT & CASINO, LLC, ) <br> ) <br> Defendants. ) <br> _____) | Case No. 2:11-cv-01360-APG-CWH <br><br> **ORDER** |

This matter is before the Court on Plaintiff's Amended Motion for a Pretrial Conference (#164), filed March 20, 2015. The motion will be denied.

The Court notes that Plaintiff's motion, like several other filings made in this matter, does not comply with the Local Rule 10-2(a), which requires certain information be included on the first page of "every paper presented for filing[.]" Second, Plaintiff requests a pretrial conference to establish dates that are already established. Local Rule 16-3(b) clearly establishes the deadline and briefing schedules for any motions in limine. Local Rule 26-1(e)(5) establishes that, unless otherwise ordered, the join pretrial order is due thirty (30) days after the decision was entered on the dispositive motion, or on March 25, 2015. The format of the joint pretrial order is set forth extensively at Local Rule 16-3(c) and 16-4. Certainly the Court may conduct a pretrial conference, but it will not do so absent the parties, "[u]pon the initiative of counsel for plaintiff[,]" submitting a timely, joint proposed pretrial order. *See* Local Rule 16-3(c). Moreover, the deadline to submit a join pretrial order is established in the operative Scheduling Order, meaning any request to extend or alter that deadline must be compliant with Local Rule 26-4. Nevertheless, given the failures here, the Court will provide the parties an additional fourteen (14) days to submit the joint pretrial order.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Amended Motion for a Pretrial Conference (#164) is **denied without prejudice**.

**IT IS FURTHER ORDERED** that Plaintiff's counsel shall initiate the submission of a joint pretrial order that shall be submitted by **April 8, 2015**.

DATED: March 24, 2015.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**