UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RONALD TAYLOR, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MGM RESORTS INTERNATIONAL, et al., <br><br> Defendants. | Case No. 2:11-cv-01360-APG-CWH <br><br> **ORDER REQUIRING STATUS REPORT** |

Pursuant to the parties' joint status report (Dkt. #211), the parties anticipated filing a stipulation to dismiss this case based on the parties' settlement by July 31, 2015. Nothing has been filed.

IT IS THEREFORE ORDERED that the parties shall file either a stipulation of dismissal or a status report regarding the status of settlement on or before August 14, 2015.

Dated: August 6, 2015

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE