BRIAN D. NETTLES, ESQ.
Nevada Bar No. 7462
NETTLES LAW FIRM
1389 Galleria Drive, Suite 110
Henderson, Nevada 89014
(702) 434-8282 *Telephone*
(702) 434-1488 *Facsimile*
briannettles@nettleslawfirm.com
Attorney for Plaintiff

JULES ZACHER, ESQ.
JULES ZACHER, P.C.
1601 Walnut Street, Suite 707
Philadelphia, PA 19102
(215) 988-0160 *Telephone*
(215) 988-0169 *Facsimile*
zacherlaw@gmail.com
Admitted *pro hac vice*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RONALD TAYLOR, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>MGM RESORTS INTERNATIONAL, et al.,<br><br>Defendants. | Case No. 2:11-cv-01360-APG-CWH |

### STIPULATION AND ORDER FOR DISMISS WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED to by the undersigned that the above entitled matter be dismissed in its entirety, with prejudice, leaving no remaining issues or parties,

. . . .

. . . .

1

each party to bear its own costs and attorney fees. There is currently no trial date for this matter.

| DATED this 12th day of August, 2015. | DATED this 13th day of August, 2015. |
|---|---|
| THE NETTLES LAW FIRM | WOOD SMITH HENNING & BERMAN |
| By /s/ | By /s/ |
| BRIAN D. NETTLES, ESQ.<br>Nevada Bar No. 7462<br>CHRISTIAN M. MORRIS, ESQ.<br>Nevada Bar No. 11218<br>1389 Galleria Drive, Suite 200<br>Henderson, NV 89014<br>*Attorney for Plaintiffs*<br><br>JULES ZACHER, ESQ.<br>Pennsylvania Bar No. 20574<br>1601 Walnut Street, Suite 707<br>Philadelphia, PA 19102<br>Admitted *Pro Hac Vice*<br>*Attorney for Plaintiff* | VICTORIA L. ERSOFF, ESQ.<br>California Bar No. 161795<br>KEITH E. SMITH, ESQ.<br>California Bar No. 244505<br>7674 West Lake Mead Blvd., Suite 150<br>Las Vegas, Nevada 89128-6644<br><br>10960 Wilshire Blvd., 18th Floor<br>Los Angeles, California 90024<br>*Pro Hac Vice Attorneys for Defendant<br>Aria Resort & Casino, LLC* |

IT IS SO ORDERED:

**ORDER**

/s/

UNITED STATES DISTRICT JUDGE
Dated: August 13, 2015